**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**5:23-cr-44-KDB-SCR**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **ORDER** |
| **v.** | ) | |
| | ) | |
| **MARKEEMEUIS DESHAUN MORGAN** | ) | |
| _ | ) | |
| **Defendant.** | ) | |

      **THIS MATTER** is before the Court on the "Government's Motion for Change of Name" (the "Motion"). (Doc. No. 18). For the reasons stated in the Motion, including that Defendant's counsel consents to the Motion, the Court will grant the requested relief.

      **IT IS THEREFORE ORDERED** that the record in this matter be corrected and that all references to the Defendant, originally identified in this case as **MARKEEMEUIS DESHAUN MORGAN**, be changed to **MARKEEMEIUS DESHAUN MORGAN**.

      **SO ORDERED**.

Signed: January 23, 2024

_____
Susan C. Rodriguez
United States Magistrate Judge